■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK JAMES, Appellant.—Judgment, Supreme Court, New York County (Richard C. Failla, J., at plea; Robert M. Haft, J., at sentence), rendered August 28, 1989, convicting defendant, upon his guilty plea, of robbery in the second degree, and sentencing him, as a second felony offender, to a term of 3½ to 7 years, unanimously affirmed.

Defendant's contention on appeal that he was denied his constitutional right to a speedy trial is unpreserved for review as a matter of law, his motion to dismiss the indictment having raised only his statutory right to a speedy trial pursuant to CPL 30.30 *(People v Lieberman,* 47 NY2d 931, 932), which was waived by his guilty plea *(People v Friscia,* 51 NY2d 845). In any event, review of the constitutional issue is precluded by the lack of an adequate record which it was defendant's burden to provide *(People v Olivo,* 52 NY2d 309, 320). Concur—Murphy, P. J., Wallach, Ross, Asch and Rubin, JJ.